956

No. 89–1555.   DENNIS v. HIGGINS, DIRECTOR, NEBRASKA DE-
PARTMENT OF MOTOR VEHICLES, ET AL.   Sup. Ct. Neb.   Certio-
rari granted.

No. 89–1391.   RUST ET AL. v. SULLIVAN, SECRETARY OF
HEALTH AND HUMAN SERVICES; and
No. 89–1392.   NEW YORK ET AL. v. SULLIVAN, SECRETARY OF
HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Certiorari
granted, cases consolidated, and a total of one hour allotted
for oral argument.

No. 89–7272.   HARMELIN v. MICHIGAN.   Ct. App. Mich.   Mo-
tion of petitioner for leave to proceed in forma pauperis granted.
Certiorari granted limited to Question III presented by the peti-
tion.

No. 89–894.   CONNOLLY, SECRETARY OF STATE OF MASSACHU-
SETTS, ET AL. v. SECURITIES INDUSTRY ASSN. ET AL.   C. A. 1st
Cir.   Certiorari denied.

No. 89–1191.   EVANS ET AL. v. CITY OF CHICAGO ET AL.
C. A. 7th Cir.   Certiorari denied.

No. 89–1218.   DOE, AS NEXT BEST FRIEND OF DOE, A MINOR
v. BOBBITT ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 89–1313.   BROSS v. DERWINSKI, SECRETARY OF VETER-
ANS AFFAIRS, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–1349.   110–118 RIVERSIDE TENANTS CORP. v. UNITED
STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–1371.   DAVID R. WEBB CO., INC. v. NATIONAL LABOR
RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 89–1380.   CRIDER v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.